GEORGE B. TERRY v. DONAHUE SURGICAL GROUP.

February 2, 1981.

Petition for certification is granted and the matter is summarily remanded to the Superior Court, Appellate Division, for reconsideration in the light of *Lynch v. Rubacky*, 85 *N.J.* 65 (1981).

STATE OF NEW JERSEY v. VINCENT GAINES.

February 9, 1981.

Petition for certification denied.

IN THE MATTER OF THE GUARDIANSHIP OF L. H. F.

February 9, 1981.

Petition for certification denied.

INNOCENCIO FERNANDEZ v. S. J. GROVES
CONSTRUCTION CO.

February 9, 1981.

Petition for certification denied.